■ JOHN A. LOUGHRAN et al., Respondents, v EDWARD MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents, and WILBUR P. TRAMMELL, as Candidate of the Neighborhood First Party for Mayor of the City of Buffalo, Appellant.—Judgment unanimously affirmed without costs. Memorandum: The precise issues raised on this appeal have previously been resolved by the Court of Appeals (see, Matter of Rhodes v Salerno, 90 AD2d 587, affd 57 NY2d 885; see also, Election Law §§ 6-146, 1-106 [2]). (Appeal from judgment of Supreme Court, Erie County, Flaherty, J.—Election Law.) Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ. (Order entered Oct. 3, 1989.)

■ In the Matter of DEBRA A. NORTON, Respondent, v EDWARD J. MAHONEY et al., Constituting the Board of Elections in the County of Erie, et al., Respondents, and JOHN R. SHARPE et al., Appellants. JOHN R. SHARPE et al., Petitioners, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents.—Order unanimously affirmed without costs for reasons stated in the decision of Supreme Court, Doyle, J. (Appeal from order of Supreme Court, Erie County, Doyle, J.—Election Law.) Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ. (Order entered Oct. 3, 1989.)